Daniel L. Balsam (State Bar No. 260423)
Email: legal@danbalsam.com
GARBARINI LAW GROUP P.C.
3145 Geary Blvd. #225
San Francisco, CA 94118
Phone: (415) 869-2873
Fax: (415) 869-2873

Richard M. Garbarini (admitted *Pro Hac Vice*)
Email: rgarbarini@garbarinilaw.com
GARBARINI LAW GROUP P.C.
501 Fifth Ave, Suite 1708
New York, New York
Phone: (212) 300-5853
Fax: (888) 265-7054

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| JAMES ABBEY, on behalf of himself and all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>EURO TAXI, LLC, a California limited liability company, EURO LIMO, GOOD EARTH LIMO, DRAGAN PELIC aka DONALD ALEXANDER, an | Case No.: 2:11-cv-00433-PSG (CWx)<br><br>**AFFIDAVIT OF JAMES ABBEY IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC** |

1
AFFIDAVIT OF JAMES ABBEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANS EURO TAXI AND DRAGAN PELIC

| | |
|---|---|
| Individual, GEORGE PELIC, an Individual, CRAIG SMEDMAN, an Individual, MILQUE STANISICK aka MITCH STANISICK, an Individual, ALEKSANDAR STANISICK, an Individual, and DOES 1-100,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, James Abbey, hereby state under penalty of perjury as follows:

1. I was hired as a taxicab dispatcher at EURO TAXI by DRAGAN PELIC ("DRAGAN") on or about August 6, 2007.

2. Defendant EURO TAXI is a taxi and limousine service based in Santa Monica, California co-owned by Defendant DRAGAN.

3. DRAGAN is the CEO of EURO TAXI and responsible for all day-to-day activities at EURO TAXI.

4. During my employment at EURO TAXI, I worked with DRAGAN. To my knowledge, he is not in the active military.

5. To my knowledge DRAGAN is not an infant or an incompetent.

6. I was never required to clock in or out when I started or left my shift.

7. EURO TAXI failed to provide me with a detachable part of my paycheck which showed by regular hours worked.

2
AFFIDAVIT OF JAMES ABBEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANS EURO TAXI AND DRAGAN PELIC

8. From August of 2007 through September of 2009, I worked 60 hours per week for EURO TAXI.

9. During this time, I was paid a regular rate of $10.00 per hour.

10. During this time I was paid $8.00 per hour for 40 hours by check, and $2.00 per hour for 40 hours in cash.

11. During this time I also received $10.00 per hour for the 20 hours of overtime I worked, paid in cash.

12. In late September of 2009, I complained to DRAGAN, in writing, regarding my lack of compensation for my overtime hours.

13. DRAGAN immediately reduced my hours to 40 hours per week.

14. From October 2009 through on or about November 27, 2009, I was limited to 40 hours per week.

15. On or about November 27, 2009 through March of 2010, Defendants restored 8 hours of overtime per week.

16. From on or about November 27, 2009 through March of 2010, I was paid $10.00 per hour in cash, for the 8 hours of overtime I worked.

17. From April of 2010 through November 2, 2010, my hours were restored to 60 hours per week.

3
AFFIDAVIT OF JAMES ABBEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANS EURO TAXI AND DRAGAN PELIC

18. During this time, my hourly rate of pay was also increased to $12.00 per hour.

19. I was only paid $10.00 per hour, in cash, for the 20 hours of overtime I worked per week during this time. This was less than my regular rate of pay.

20. On November 3, 2010, I caused to be served a second complaint in writing on EURO TAXI, through my attorneys, regarding EURO TAXI's continued failure to pay me overtime compensation.

21. DRAGAN, after receiving the complaint, cursed and threatened me both physically and verbally.

22. DRAGAN immediately reduced my hours from 60 to 40 per week.

23. DRAGAN did not reduce the other dispatchers' hours, and DRAGAN told the other dispatchers that he would reduce their hours if I continued with the present lawsuit.

24. As a result, I received verbal threats from the other dispatchers.

25. On January 29, 2011, I was terminated from EURO TAXI directly due to my making a written complaint about EURO TAXI's failure to pay me overtime.

26. I have been unable to find employment since my termination at EURO TAXI.

4
AFFIDAVIT OF JAMES ABBEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANS EURO TAXI AND DRAGAN PELIC

27. I have sent out dozens of resumes and have not even been interviewed for a comparable position.

Dated: November 14, 2011

*James L. Abbey*
James Abbey

State of California

County of Los Angeles

On Nov. 14, 2011 before Me, JAMES ABBEY personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature is the person who executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Eugenio Araujo Jr.*

**EUGENIO ARAUJO JR.**
Commission # 1805646
Notary Public - California
Los Angeles County
My Comm. Expires Jul 2, 2012