# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| JAMES ABBEY, on behalf of himself and all other similarly situated employees, | Case No.: **2:11-cv-00433-PSG (CWx)** |
| Plaintiffs, | Hon. Philip S. Gutierrez |
| v. | |
| EURO TAXI, LLC, a California limited liability company, EURO LIMO, GOOD EARTH LIMO, DRAGAN PELIC aka DONALD ALEXANDER, an Individual, GEORGE PELIC, an Individual, CRAIG SMEDMAN, an Individual, MILQUE STANISICK aka MITCH STANISICK, an Individual, ALEKSANDAR STANISICK, an Individual, and DOES 1-100, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC** |
| Defendants. | |

Plaintiff James Abbey having moved the Court for a Judgment in Default on the claims for unpaid overtime and retaliation under the Fair Labor Standards Act 29 U.S.C. §§ 201 et seq., and overtime and violations of the California Labor Code

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT ON THE FIRST AMENDED COMPLAINT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC

against Defendants Euro Taxi and Dragan Pelic.  The Clerk of this Court having entered judgment against Defendants Euro Taxi and Dragan Pelic and a hearing having been held on January 9, 2011.  The Court, based on the Affidavit of the Plaintiff, the testimony elicited at the hearing, the prior pleadings and materials had in evidence finds as follows:

Plaintiff JAMES ABBEY brought this against defaulting defendants EURO TAXI and DRAGAN PELIC action on July 8, 2010 for unpaid overtime and retaliation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219 and for unpaid overtime wages and violations pursuant to California Labor Law §§ 226, 510, and 588.

ABBEY originally brought this action as a collective action pursuant to 29 U.S.C. § 216(b), but propounded a First Amended Complaint withdrawing his claims on behalf of any and all similarly situated employees of EURO TAXI.

EURO TAXI is a taxi and limousine service based in Santa Monica, California co-owned by Defendant DRAGAN PELIC aka DONALD ALEXANDER.  PELIC runs the day to day activities of EURO TAXI.

PELIC is an individual who is not a member of the active-military, nor is an infant or incompetent.

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT ON THE FIRST AMENDED COMPLAINT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC

Defendants EURO TAXI and DRAGAN PELIC failed to pay Plaintiff, a taxicab dispatcher, his lawful overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. and California Labor Law §§226 and 510 and harassed, reduced his hours and finally terminated Plaintiff after he made written claims for his unlawfully withheld wages. For the vast majority of his employment at EURO TAXI, ABBEY worked 60 hours per week, 12 hours per day; however, he was compensated at or less than his regular hourly wage for all hours in excess of 40 per week. ABBEY only worked less than 60 hours per week during periods his hours were reduced in retaliation for making a written claim, in violation of 29 U.S.C. § 201.

Defendants also failed to keep itemized records of employee payment in violation of California Labor Law §226.

ABBEY was hired on or about August 6, 2007. From August 6, 2007 through September of 2009, Plaintiff worked 60 hours per week for EURO TAXI. During this time, Plaintiff was paid at a regular rate of $10.00 per hour. In order to avoid payroll taxes, DRAGAN and EURO TAXI paid ABBEY $8.00 per hour for 40 hours by check, and $2.00 per hour for 40 hours in cash. ABBEY also received $10.00 per hour in cash for his 20 hours of overtime.

In late September of 2009, Plaintiff complained in writing to Defendant DRAGAN about the unlawful practices regarding overtime compensation. DRAGAN immediately retaliated against ABBEY and reduced ABBEY's hours from 60 to 40 hours per week from October 2009 through on or about November 27, 2009.

DRAGAN, individually and on behalf of EURO TAXI, restored 8 hours of overtime to ABBEY on or about November 27, 2009. From on or about November 27, 2009 through March of 2010, ABBEY was paid, in cash, straight time, or $10.00 per hour, for the 8 hours of overtime he worked per week.

From April of 2010 through November 2, 2010, ABBEY's hours were restored to 60 hours per week. ABBEY's hourly rate of pay was also increased to $12.00 per hour. ABBEY, however, was paid $10.00 per hour, in cash, for the 20 hours of overtime he worked.

On November 3, 2010, ABBEY served a second notice in writing on Defendants, through his attorneys, regarding Defendants' continued violations of the FLSA and California Labor Code (the "November 2010 Notice".) DRAGAN, after receiving the November 2010 Notice, cursed at and threatened ABBEY, both physically and verbally. DRAGAN also immediately reduced ABBEY's hours from 60 to 40 hours per week. DRAGAN did not reduce the other dispatchers'

4

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT ON THE FIRST AMENDED COMPLAINT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC

hours, and DRAGAN told the other dispatchers he would reduce their hours if ABBEY continued with the present lawsuit. As a result, ABBEY received verbal threats from the other dispatchers. On January 29, 2011, ABBEY was terminated from EURO TAXI directly due to his filing the original Complaint in this Action.

Plaintiff has yet to find employment after his termination from EURO TAXI despite a diligent search for comparable employment.

**WHEREFORE**, based upon the foregoing findings of fact and conclusions of law, it is herby **ORDERED** and **DECREED** that the Clerk of the Court shall:

On COUNT ONE – FLSA RETALIATION UNDER 29 U.S.C. § 215(a)(3) Plaintiff is entitled to back-pay in the amount of $9,960, front-pay in the amount of $14,400, prejudgment interest, attorney's fees and costs and punitive damages in the amount of $100,000.

On COUNT TWO – FLSA OVERTIME Plaintiff is entitled to unpaid overtime in the amount of $11,980.

On COUNT THREE – FLSA LIQUIDATED DAMAGES UNDER 29 U.S.C. § 216(b), Plaintiff is entitled to liquidated damages in the amount of $11,980.

On COUNT FOUR – FAILURE TO PAY OVERTIME PURSUANT TO CAL. LABOR CODE §1194, Plaintiff is entitled to overtime in the amount of $15,280 less the FLSA damages which are co-extensive, for a total of $3,260.

On COUNT FIVE - STATUTORY DAMAGES UNDER CAL. LABOR CODE SECTION 226, Plaintiff be entitled to $4,000 as the maximum aggregate penalty under the statute.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT ON THE FIRST AMENDED COMPLAINT AGAINST DEFENDANTS EURO TAXI AND DRAGAN PELIC